1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Gregory S. Mason, #148997
   7647 North Fresno Street
3  Fresno, California 93720
   Telephone:   (559) 433-1300
4  Facsimile:   (559) 433-2300

5  Attorneys for Defendant COSTCO
   WHOLESALE CORPORATION

6

7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | BARBARA C. PETTITT, an Individual,        | Case No.

12 |              Plaintiff,                    | **DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL**

13 | v.

14 | COSTCO WHOLESALE CORPORATION;
   | and DOES 1 to 50, inclusive,

15

16 |              Defendant.

17        Defendant, COSTCO WHOLESALE CORPORATION   ("COSTCO"), pursuant to 28

18 U.S.C. §§1332, 1441 and 1446, hereby gives notice of the removal to this Court of the case styled,

19 *Barbara C. Pettitt v. Costco Wholesale Corporation*, and Does 1 to 50, inclusive, filed in the

20 Superior Court of the State of California, County of Merced, 21CV-00686 ("the Case"). As grounds

21 for this removal, COSTCO states the following:

                                      I.
22                              BACKGROUND

23

24 A.    **Plaintiff's Complaint**

25        1.      On March 2, 2021, Plaintiff, BARBARA  C.  PETTITT ("Plaintiff"),    filed   her

26 complaint ("the Complaint") against COSTCO in the Case.  A copy of the Complaint is attached as

27 Exhibit "A".

28        2.      On April 20, 2022, COSTCO received the Complaint and Summons, via service

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL

1  upon its Agent for Service of Process, CT Corporation.

2        3.      Plaintiff alleges that on April 5, 2019, Plaintiff was injured when she fell at the

3  COSTCO warehouse, located in Merced, California.  Ex. A, p.2, ¶8.

4  **B.**      **The Amount in Controversy**

5        4.      Plaintiff claims to have suffered damages in the form of wage loss, loss of use of

6  property, medical expenses, general damages, and loss of earnings and diminished future earnings.

7  Ex. A., p.3,¶¶11-13.

8        5.      On April 20, 2022, Plaintiff served upon Costco's Agent for Service of Process, CT

9  Corporation, Plaintiff's Statement of Damages, wherein Plaintiff asserts General Damages of

10  $500,000, Medical Expenses of $21,472.13 and Future Medical Expenses of $15,000.  A copy of

11  the Statement of Damages is attached as Exhibit "B".

12  **C.**      **The Parties' Citizenship**

13        6.      Based upon information and belief, Plaintiff was a Citizen of California and resident

14  of the County of Merced, California on April 5, 2019; based upon information and belief, Plaintiff

15  was a citizen of California and resident of the County of Merced, California when she filed the

16  Complaint on March 21, 2021; and based upon information and belief, Plaintiff is a citizen of

17  California and resident of the County of Merced, California at the time of filing of this Notice of

18  Removal.

19        7.      Defendant COSTCO was on April 5, 2019, and on March 2, 2021, when Plaintiff

20  filed the Complaint, a Washington Corporation with its principal place of business in Issaquah,

21  Washington, and COSTCO is at the time of filing this Notice of Removal a Washington Corporation

22  with its principal place of business in Issaquah, Washington.

23  **II.**

24  **COMPLETE DIVERSITY OF CITIZENSHIP NOW EXISTS BETWEEN THE PARTIES**

25        8.      A corporation is a citizen of its state of incorporation and the state in which its

26  principal place of business is located. 28 U.S.C. 1332(c)(1); *Hertz Corp. v. Friend*, 559 U.S. 77, 80

27  (2010). A corporation's principal place of business is ". . . the place where a corporation's officers

28  direct, control, and coordinate the corporation's activities. It is the place that Courts of Appeals have

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL

1  called the corporation's 'nerve center.'" *Id.* at 92-93. The "nerve center" is usually its headquarters.

2  *Id.*

3      9.     Based upon information and belief, Plaintiff was a citizen of California at the time

4  of the April 5, 2019, accident, Plaintiff was a citizen of California, as the time of filing the

5  Complaint, and Plaintiff is a citizen of California at the time of the filing of the Notice of Removal.

6      10. Defendant COSTCO was on April 5, 2019, and on March 2, 2021, when Plaintiff filed

7  the Complaint, a Washington Corporation with its principal place of business in Issaquah,

8  Washington, and COSTCO is at the time of filing this Notice of Removal a Washington Corporation

9  with its principal place of business in Issaquah, Washington.

10      11.     Thus, complete diversity of citizenship exists between the parties pursuant to 28

11  U.S.C. Section 1332(a)(1).

### III.
### THE AMOUNT IN CONTROVERSY WELL EXCEEDS $75,000

12      12.     The Complaint does not allege a total amount in controversy, except that it is an

14  unlimited civil case. However, Plaintiff provided an "other paper" as per 28 U.S.C. §§ 1446 (b)(3),

15  prepared, upon information and belief, by Plaintiff's counsel, wherein Plaintiff served her Statement

16  of Damages, dated April 18, 2022, and served April 20, 2022, wherein she states total damages of

17  $536,472.13. Accordingly, the amount in controversy in this case is in excess of $75,000 pursuant

18  to 28 U.S.C. 1446(c)(2).

### IV.
### COSTCO TIMELY REMOVED UNDER 28 U.S.C. § 1446(B)(3)

21      13     Defendant COSTCO has timely removed this action to the United States District

22  Court for the Eastern District of California.

23      14.     The Complaint and Summons were served upon Costco's Agent for Service of

24  Process on April 20, 2022. Pursuant to 28 U.S.C. 1446(b)(1), Defendant COSTCO has thirty (30)

25  days within which to file the notice of removal.

26      \\\

27      \\\

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3

DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL

**V.**

## DEFENDANT HAS COMPLIED WITH THE PROCEDURAL REQUIREMENTS FOR REMOVAL

15.     Defendant attaches, as Composite Exhibit "C," all other process, pleadings and orders obtained by it not otherwise specifically referenced herein, pursuant to 28 U.S.C. Section 1446(a).

16.     Venue properly rests in the Fresno Division of the United States District Court for the Eastern District of California, pursuant to 28 U.S.C. Section 1441(a) and Local Rule 120(d), since this action is being removed from the state court wherein it was originally filed in the Superior Court of the State of California, Merced County.

17.     Defendant will file with the Clerk of the Court for the Superior Court of the State of California, Merced County, a copy of this Notice of Removal pursuant to 28 U.S.C. Section 1446(d), and will give written notice thereof to all adverse parties.

WHEREFORE, Defendant, COSTCO, hereby serves notice of the removal of this action to the United States District Court for the Eastern District of California.

Dated:  May 20, 2022

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By: _____/s/Gregory S. Mason_____
Gregory S. Mason
Attorneys for Defendant COSTCO WHOLESALE
CORPORATION

071771-000082 8419376.1

DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720