UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA C. PETTITT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　Defendant. | Case No.  1:22-cv-00608-JLT-HBK<br><br>ORDER GRANTING SECOND STIPULATED MOTION TO AMEND CASE MANAGEMENT DEADLINES<br><br>(Doc. No. 25)<br><br>SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER |

　　　　This matter comes before the Court upon the parties' joint request to further extend certain deadlines in the Amended Case Management and Scheduling Order filed on November 13, 2023. (Doc. No. 24). The parties advise that they have a mediation scheduled for February 27, 2024, but require additional time to complete certain discovery. (*Id*.). Pursuant to Fed. R Civ. P. 16(b)(4) and for good cause shown, the Court grants the parties' joint request to modify certain discovery case management deadlines.

　　　　ACCORDINGLY, the parties joint request to further modify the deadlines in the July 19, 2023 Case Management and Scheduling order (Doc. No. 25) is GRANTED to the extent set forth below. The following modified deadlines will govern the management of this case.

　　　　////

**Modified Deadlines and Dates**

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 12/15/2023 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 12/15/2023 |
| Deadline for defendants to disclose expert report(s). | 12/15/2023 |
| Deadline to disclose any expert rebuttal report(s). | 01/16/2024 |
| Deadline to complete expert discovery. | 02/12/2024 |

The remaining deadlines set forth in the Court's July 19, 2023 Amended Case Management and Scheduling Order (Doc. No. 24) and procedures set forth in the August 30, 2022 initial Case Management and Scheduling Order (Doc. N. 14) shall continue to govern this action.[1]

Dated:   November 21, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties incorrectly identify the current remaining deadlines in their joint stipulation. (Compare Doc. No. 25 at 2 with Doc. No. 24 at 2). The Amended Case Management Order modified the date by which dispositive motions were to be filed by to 2/15/2024. Further the deadlines for filing the final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form were previously continued to 7/22/2024; Final Pretrial Conference continued to 7/29/2024 at 01:30 PM in Courtroom 4 before District Judge Jennifer L. Thurston and the Jury Trial was continued to 9/10/2024 at 08:30 AM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston. (*See* Doc. No. 24).