UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA C. PETTITT, | Case No. 1:22-cv-00608-JLT-HBK |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE CERTAIN CASE MANAGEMENT DEADLINES |
| v. | |
| COSTCO WHOLESALE CORPORATION, | (Doc. No. 27) |
| Defendant. | |

Pending before the Court is the parties' third joint request seeking a further extension to certain deadlines in the Amended Case Management and Scheduling Order. (Doc. No. 27). The parties explain that despite their efforts in diligently scheduling depositions, they have had difficulty scheduling the deposition of one non-expert witness who was out on leave and unavailable. Further, to conserve financial resources, the parties wish to postpone taking expert witness depositions until after their mediation scheduled on February 27, 2024.

ACCORDINGLY, pursuant to Fed. R Civ. P. 16(b)(4) and for good cause shown, the Court GRANTS the parties' joint motion (Doc. No. 27) to the limited extent that the following deadlines will be extended.

////

**Modified Deadlines and Dates**

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 03/15/2024 |
| Deadline to complete expert discovery. | 03/15/2024 |
| Deadline to file dispositive motions. See Fed. R. Civ. P. 56 and L.R. 260. | 03/15/2024 |

The remaining deadlines set forth in the Court's Amended Case Management and Scheduling Order filed on July 19, 2023 (Doc. No. 24) and procedures set forth in the initial Case Management and Scheduling Order filed on August 30, 2022 (Doc. No. 14) otherwise shall govern this action.[1]

Dated:    February 12, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties continue to incorrectly identify the pretrial and trial dates. (Compare Doc. No. 27 at 1 with Doc. No. 24 at 2).  On July 19, 2023, the deadline for filing the final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form was continued to 7/22/2024; the Final Pretrial Conference was continued to 7/29/2024 at 01:30 PM and the Jury Trial was continued to 9/10/2024 at 08:30 AM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston. (*See* Doc. No. 24).