UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA C. PETTITT,<br><br>          Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>          Defendant. | Case No. 1:22-cv-00608-JLT-HBK<br><br>ORDER GRANTING JOINT MOTION AND RESETTING DEADLINES IN CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. No. 29) |

      Pending before the Court is the parties' fourth joint request seeking a further extension to the deadlines previously amended by the Court in it February 12, 2024 Order. (Doc. No. 29). Plaintiff states that the deposition of Sophia Chavoya, a non-expert witness who was on leave and unavailable, still has not been scheduled but fail to indicate when that deposition is anticipated to occur. The parties further advise that they require additional time to take expert witness depositions since their February 27, 2024 mediation resulted in an impasse, despite previously indicating that the March 15, 2024 extended deadline would be sufficient for this purpose. (*See* Doc. No. 27). Extending the deadlines for expert discovery and dispositive motions results in the need for the pretrial conference and trial dates to be rescheduled in this matter. Consequently, the Court will additionally continue the current pretrial conference and trial dates. Should the parties

require any further extensions to these deadlines they must contact Chambers and request a hearing with the Court.

ACCORDINGLY, in its hereby **ORDERED**:

1. Pursuant to Fed. R Civ. P. 16(b)(4), the Court GRANTS the parties' fourth joint motion (Doc. No. 29) to the limited extent that the following deadlines will be extended.

**Modified Deadlines and Dates**

| Action or Event | Date |
| --- | --- |
| Deadline to complete non-expert deposition Sophia Chavoya | 04/12/2024 |
| Deadline to complete expert discovery. *See* Fed. R. Civ. P. 37. | 05/31/2024 |
| Deadline to file dispositive motions. *See* Fed. R. Civ. P. 56; Local Rule 260. | 05/31/2024 |
| Deadline for filing the final joint pretrial statement, motion(s) in limine, proposed jury instructions, and verdict form. *See* Local Rule 281; Doc. No. 7-1. | 10/28/2024 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 280, 281, 282, 283. | 11/04/2024 |
| Month and year of the trial term. | 12/17/2024 |

2. The procedures set forth in the initial Case Management and Scheduling Order filed on August 30, 2022 (Doc. No. 14) otherwise shall govern this action.

Dated:  March 12, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2

3